DANNY BEVERLY *v.* COMMISSIONER OF CORRECTION

The petitioner Danny Beverly's petition for certification for appeal from the Appellate Court, 101 Conn. App. 248 (AC 27146), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Mary H. Trainer,* special public defender, in support of the petition.

Decided July 3, 2007

JACQUELINE PROPERTIES, LLC *v.* JOSEPH C. GARTRELL ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 6 (AC 27189/AC 27252), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Brian D. Russell,* in support of the petition.

*Thomas J. Farrell,* in opposition.

Decided July 3, 2007